Rev. November 10, 2015

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO

**SENTENCING MINUTE SHEET**

| | | | |
|---|---|---|---|
| CR No: | 15-2855 JH | USA vs.: | Vigil |
| Date: | May 12, 2016 | Name of Deft: | Shane Lewis Vigil |
| Before the Honorable: | Judith C. Herrera | | |
| Time In/Out: | 9:32 a.m. – 10:15 a.m. | Total Time in Court **(for JS10):** | 43 minutes |
| Clerk: | I.Duran | Court Reporter: | P.Baca |
| AUSA: | Raquel Ruiz-Velez & Kyle Nayback | Defendant's Counsel: | Alonzo Padilla |
| Sentencing in: | Albuquerque, NM | Interpreter: | None |
| Probation Officer: | Mindy Pirkovic | Interpreter Sworn? | [ ] Yes [ ] No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | | Verdict | As to: | X | Information | [ ] Indictment |
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | 1, 2, 3 | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | [ ] No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 1/6/16 | PSR: | x | Not Disputed | [ ] Disputed | x | Courts adopts PSR Findings | |
| Evidentiary Hrg: | x | Not Needed | | Needed | [ ] Exceptions to PSR: | | | |

| | | |
|---|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): | 71 months as to each count; said terms to run concurrently for a total of 71 months |
| Supervised Release: | 3 years as to each count; said terms to run concurrently | Probation: |

| | | | | |
|---|---|---|---|---|
| REC | | 500-Hour Drug Program | | BOP Sex Offender Program / Other: |
| ICE | | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for months days |
| | Comply with ICE laws and regulation | | Community service for months days |
| X | Participate in/successfully complete subst abuse program/testing, | X | Reside Residential Reentry Center for up to 6 months |
| X | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property/auto | | Possess no sexual material |
| X | No contact with victims | | No computer with access to online services |
| X | No entering or loitering near victim's residence, employment, etc | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| X | Refrain from use and possession of synthetic cannabinoids, etc. | | No loitering within 100 feet of school yards |
| X | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | X | Participate in an educational or vocational program approved by the Probation Officer |
| X | OTHER: Standard & Mandatory Conditions: Deft must cooperate in the collection of DNA; deft must participate in approved program for domestic violence prevention. | | |

| | | | |
|---|---|---|---|
| Fine: $ | 0.00 | Restitution: $ | Not yet determined (See J&C for details) |
| SPA: $ | 300.00 ($100 for each count) | Payment Schedule: | X Due Immediately [ ] Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI, Florence, CO to be close to family & recommends that he be allowed to complete his H.S. diploma at the Sandoval County Detention Ctr. |
| | Dismissed Counts: | | |

OTHER COMMENTS: Defense counsel has no objections to PSR. Ct. notes all documents have been reviewed. Ct. makes inquiry. Govt. makes argument as to why the plea agreement should be accepted & requests a sentence

| | |
|---|---|
| | at the high end of the guideline. Defense counsel makes argument & requests acceptance of the plea agreement & a sentence that is reasonable. Deft addresses the Court. Govt. responds & requests a sentence of 71 months & 3 years supervision & states that the victim's mother Letitia Cochran wishes to address the Court. Defense has no objection to a sentence of 71 months & 6 months to a reentry center. Victim's mother addresses the Court. Govt. requests leave to keep restitution open for 90 days. Defense has no objection. Ct. makes findings & accepts plea agreement. Ct. has reviewed the PSR factual findings & has considered the sentencing guidelines & the 3553 factors & imposes sentence. Defense counsel requests designation at FCI, Florence, CO to be close to family & requests that deft be allowed to complete his high school diploma at Sandoval County Detention Ctr.. |